UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MORGAN STANLEY INFORMATION FUND SECURITIES LITIGATION | NOTICE OF APPEAL<br><br>02 CIV 8579 (BSJ) |
| James E. Boatman, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>Morgan Stanley, Morgan Stanley & Co., Incorporated, Morgan Stanley DW Inc., Morgan Stanley Information Fund, Morgan Stanley Investment Advisors Inc., Morgan Stanley Investment Management Inc., and Morgan Stanley Distributors Inc.,<br><br>         Defendants. | |



Notice is hereby given that plaintiffs James M. Lindsay, Michael J. McDermott, Stephen B. Dornak, Dietmar H. Kubb, Lisette Vaessen, and Emil H. Vaessen, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated February 2, 2009 and entered on February 3, 2009 (Dkt. 17) and from the Judgment (with respect to the Opinion and Order) dated and entered on February 4, 2009 (Dkt. 18), which granted defendants' motion to dismiss the Second Consolidated Amended Complaint and dismissed the above-captioned action.

Dated: February 27, 2009

            WOLF HALDENSTEIN ADLER
            FREEMAN & HERZ LLP

            By: _____
            Daniel W. Krasner (DK 6381)
            Robert B. Weintraub (RW 2897)
            270 Madison Avenue
            New York, NY 10016
            Telephone (212) 545-4600
            Co-Lead Counsel for Lead Plaintiffs and the Class

IZARD NOBEL LLP

By: *Jeffrey S. Nobel /RPW*
Jeffrey S. Nobel
Nancy A. Kulesa
20 Church Street
Hartford, Connecticut 06103
(860) 493-6292
Co-Lead Counsel for Lead Plaintiffs and the Class

537317v3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MORGAN STANLEY INFORMATION FUND SECURITIES LITIGATION | **DECLARATION OF SERVICE**<br><br>02 CIV 8579 (BSJ) |

I, Robert B. Weintraub, Esq., declare under the penalty of perjury that on February 27, 2009, I caused to be served a copy of the attached plaintiffs' Notice of Appeal, by hand delivery, upon Paul, Weiss, Rifkind, Wharton & Garrison, Richard A. Rosen, Esq., 1285 Avenue of the Americas, New York, New York 10019, attorneys for all defendants, and that I also served a copy upon Mr. Rosen by e-mail (the parties previously having served other documents by email).

Dated: February 27, 2009
New York, New York

By: /s/ Robert B. Weintraub
Robert B. Weintraub (RW 2897)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone (212) 545-4600
Co-Lead Counsel for Lead Plaintiffs and the Class